# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JANET PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:15-cv-317 |
| | ) | |
| MENARD, INC., d/b/a | ) | |
| MENARD'S (as filed), | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Comes now defendant, Menard, Inc. (improperly named in the caption as "MENARD, INC., d/b/a MENARD'S"), by counsel, and herby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

1. **Identify all parent corporation(s).**

   None.

2. **List any publicly held company that owns 10% or more of the party's stock.**

   None.

Respectfully submitted,

s/ Michael J. O'Brien_____
Michael J. O'Brien, Attorney No. 25035-45

Menard, Inc.
5101 Menard Drive
Eau Claire, WI 54703
Telephone: (715) 876-2971
Fax: (715) 876-5999
mobrien@menard-inc.com

Attorney for defendant, Menard, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2015, a copy of the foregoing "CORPORATE DISCLOSURE STATEMENT" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Marissa McDermott
>McDermott Law Office
>9013 Indianapolis Blvd.
>Highland, IN 46322
>marissa@mcdermottlegal.net

>s/ Michael J. O'Brien_____
>Michael J. O'Brien